## JUNE 1, 2004

No. 03–9564. FLYNN *v.* MURPHY. App. Ct. Ill., 1st Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 03M76. HUGHES ET VIR *v.* PRICE CO. ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 105, Orig. KANSAS *v.* COLORADO. Motion of Kansas for leave to file a surreply granted. Exceptions to the Report of the Special Master are set for oral argument in due course.